# Court of Appeals
# of the State of Georgia

ATLANTA,   January 30, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0936. IN RE: ESTATE OF PLEASANT LEE.**

On July 1, 2014, the trial court admitted the will of Pleasant Lee to probate. Tracey Stewart and Damika Davis filed a motion to set aside this order, which the probate court denied. Stewart and Damika then directly appealed this order. We lack jurisdiction. Appeals from orders denying motions to set aside under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (8). Stewart and Davis's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   01/30/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*